**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        Case No. 21-20534

        HON. DENISE PAGE HOOD

VERLYNN DAVY,

        Defendant.

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

On December 13, 2022, Magistrate Judge Elizabeth A. Stafford conducted a plea hearing with Defendant Verlynn Davy's consent. On December 15, 2022, the Magistrate Judge issued a Report and Recommendation, recommending that this Court accept Defendant's plea of guilty. To date, no party has filed an Objection to the Report and Recommendation, and the time to file such has passed. They have therefore waived their right to appeal the Magistrate Judge's findings that Defendant was competent to enter a plea and that the plea was entered knowingly, intelligently, voluntarily, without coercion, and with a basis in fact. See FED. R. CRIM . P. 11(b); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

        Accordingly,

IT IS ORDERED that Magistrate Judge Elizabeth A. Stafford's Report and Recommendation (ECF No. 47) is ACCEPTED and ADOPTED as this Court's findings.

IT IS FURTHER ORDERED that Defendant's plea of guilty and the Rule 11 Plea Agreement are ACCEPTED.

        s/Denise Page Hood
        DENISE PAGE HOOD
        United States District Judge

DATED: March 3, 2023